IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02467–WDM–KMT

KELLY SIMMONS,

    Plaintiff,

v.

JOHN ALDEN LIFE INSURANCE COMPANY, d/b/a ASSURANT HEALTH, and COLORADO HAND AND ARM, P.C., f/k/a, d/b/a, HAND SPECIALISTS, P.C.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant John Alden Life Insurance Company's "Motion for Leave to File Reply Brief in Support of Defendant Colorado Hand and Arm, P.C.'s Motion to Dismiss" [Doc. No. 13] is GRANTED. The Clerk is directed to file Exhibit 1 to the Motion, [Doc. No. 13-1], linked as a Reply Brief in Support of Defendant Colorado Hand and Arm's Motion to Dismiss [Doc. No. 7].

Dated: November 29, 2010